UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff,</br></br>ONE 1987 CHEVROLET MONTE CARLO, VIN 1G1GZ11G9HP120512; AND ONE 1993 FORD CROWN VICTORIA, VIN 2FACP73W9PX202614,</br></br>Defendants. | )</br>)</br>)</br>)  Civil Action No. 05-1501</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

ORDER OF COURT

AND NOW, this 10th day of March, 2006, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that this civil forfeiture action is stayed until further Order of Court, including, without limitation: (1) the duty of Darwin Good to file a claim and answer in the event that he wishes to contest this action; and (2) the duty of the United States to serve any other potential claimants. During the stay, the United States may advertise this action in accordance with federal forfeiture law. The Clerk shall mark this case administratively closed. The United States shall notify the Court upon the conclusion of the related criminal investigation.

_____ J.