IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ONE 1987 CHEVROLET MONTE CARLO, ) <br> VIN 1G1GZ11G9HP120512; AND ONE ) <br> 1993 FORD CROWN VICTORIA, ) <br> VIN 2FACP73W9PX202614, ) <br> ) <br> Defendant. ) | Civil Action No. 05-1501 |

ORDER

AND NOW, this 9th day of April, 2008, it is hereby,

ORDERED, ADJUDGED, and DECREED that the Stipulation to Forfeit is hereby approved and incorporated by reference in its entirety into this Order.

It is further ORDERED that:

(1) the stay of this case is lifted ; (2) the 1987 Chevrolet Monte Carlo, VIN 1G1GZ11G9HP120512, be returned to Anvil Ronnie McIver; and (3) the 1993 Ford Crown Victoria, VIN 2FACP73W9PX202614, is hereby forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

The Court shall mark this case closed.

United States District Judge