IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 05-1501 |
| ONE 1987 CHEVROLET MONTE CARLO, VIN 1G1GZ11G9HP120512; AND ONE 1993 FORD CROWN VICTORIA, VIN 2FACP73W9PX202614, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 5th day of June, 2009, it is hereby ORDERED, ADJUDGED, and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

It is further ORDERED that paragraph 8 of the Stipulation and Order dated April 9, 2008 is amended so that it states as follows: "The 1993 Ford Crown Victoria is forfeited to the United States free and clear of all rights, title and interest of any person or entity. Darwin Good's interest in the Defendant Monte Carlo is forfeited to the United States. The United States shall serve Amvel Ronnie McIver with the forfeiture complaint and warrant of arrest and provide him with the opportunity to file a claim and answer in this case regarding the 1987 Chevrolet Monte Carlo. The Court will adjudicate any claim and answer filed by Amvel Ronnie McIver. Pending further order of Court, the 1987 Chevrolet Monte Carlo shall remain in the possession of the United States."

Except as so amended hereto, the Stipulation and Order remain in full force and effect.

United States District Judge