IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 05-1501 |
| ONE 1987 CHEVROLET MONTE CARLO, VIN 1G1GZ11G9HP120512; AND ONE 1993 FORD CROWN VICTORIA, VIN 2FACP73W9PX202614, | ) ) ) ) ) ) |
| Defendant | |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 25th day of Aug, 2009, it is hereby ORDERED, ADJUDGED, and DECREED that the 1987 Chevrolet Monte Carlo, VIN 1G1GZ11G9HP120512, the subject of the forfeiture action at Civil Action No. 05-1501 be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

The Court shall mark this case closed.

_____, J.